**Order entered November 23, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00954-CV

### IN THE INTEREST OF T.J., W.J. AND T.J., CHILDREN

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-30035-2021**

## ORDER

Appellant's Unopposed Motion for Extension to File Brief is **GRANTED.**

The time for appellant to file her brief is extended to December 21, 2022.

In light of the accelerated nature of this appeal, further requests for extensions of time for this filing will be disfavored.

/s/    DENNISE GARCIA
        JUSTICE